# Law Offices of Ezra Spilke

<div style="text-align: right">
1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com
</div>

October 7, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten annotation: 10/7/21 — PTS is directed to return Rodriguez's passport. So ordered. Paul A. Crotty, USDJ]*

Re:   *United States v. Cabral et al.*, No. 16 Cr. 247 (PAC)

Dear Judge Crotty:

I represent Junior Herrera Rodriguez in the above-referenced matter. Mr. Herrera Rodriguez was sentenced in 2017 and has successfully concluded his term of supervision.

I am writing to request an order directing Pretrial Services to return Mr. Herrera Rodriguez's passport, which had been surrendered as part of his bail package in this case. Mr. Herrera Rodriguez and I appreciate the Court's attention to this matter.

<div style="margin-left: 50%">
Respectfully submitted,

/s/ Ezra Spilke
Ezra Spilke
*Counsel for Junior Herrera Rodriguez*
</div>

cc:   All counsel of record by ECF